
SLIP OPINION

Cite as 2014 Ark. 319

# SUPREME COURT OF ARKANSAS

No.

| | |
|---|---|
| IN RE COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered** June 26, 2013 |

## PER CURIAM

Suzanne Clark, Esq., of Fayetteville, Brad Hendricks, Esq., of Little Rock, and John Baker, Esq., of Little Rock, are appointed to the Civil Practice Committee for three-year terms to expire on July 31, 2017. We thank them for agreeing to serve on this important committee.

Professor John Watkins of Fayetteville, a current voting member of the committee, is giving up this position and will continue to serve the committee as a nonvoting advisor. Professor Watkins has had a role with the committee for approximately 25 years, and we are fortunate that his knowledge and experience will continue to further the committee's work.

We reappoint Vince Chadick, Esq., of Fayetteville, to the committee for a three-year term to expire on July 31, 2017. We thank him for his continued service.

The court expresses its gratitude to Brian Brooks, Esq., of Greenbrier, and Judge Leon Johnson of Little Rock, whose terms have expired, for their years of valuable service to the Civil Practice Committee.